with others. E. P. Lyon, of New York City, for appellant. A. L. Strouse, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

STARKE, Respondent, v. STEIN, Appellant. (Supreme Court, Appellate Division, Second Department. March 7, 1913.) Action by Frederick Starke against Samuel Stein. No opinion. Motion denied, with $10 costs.

---

STEINMAN et al. v. CONLON. (Supreme Court, Appellate Division, First Department. February 28, 1913.) Appeal from Special Term, New York County. Action by Benjamin Steinman and others against Eva K. Conlon. From an order punishing Edward B. Hosier, a witness, for contempt of court, he appeals. Modified and affirmed. See, also, 138 N. Y. Supp. 1144. J. N. Emley, of New York City, for appellant. David Steckler, of New York City, for respondent.

· PER CURIAM. The order appealed from should be modified, by striking therefrom the provision directing the imprisonment of the appellant, and, as so modified, affirmed, with $10 costs and disbursements to the appellant.

CLARKE, J., dissents, and votes for reversal, on the ground that the entire order is unwarranted in law.

---

STERNS, Appellant, v. STERNS et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. March 19, 1913.) Action by Bessie B. Sterns against Ray F. Sterns and others. No opinion. Appeal dismissed, without costs, upon stipulation filed.

---

STERNSCHUSS, Respondent, v. CITY OF NEW YORK, Appellant, et al. (Supreme Court, Appellate Division, First Department. March 7, 1913.) Action by Lena Sternschuss against the City of New York, impleaded with others. W. E. C. Mayer, of Brooklyn, for appellant. C. L. Hoffman, of New York City, for respondent.

PER CURIAM. Judgment affirmed, with costs. Order filed.

CLARKE, J., dissents and votes for a reduction of rental and fee damages.

---

STEVENSON et al., Respondents, v. ERIE R. CO., Appellant. (Supreme Court, Appellate Division, Third Department. March 5, 1913.) Action by John J. Stevenson and another, as administrators, etc., of William Stevenson, deceased, against the Erie Railroad Company. No opinion. Judgment unanimously affirmed, with costs.

---

SUCCOW, Respondent, v. TIMMERMAN, Appellant. (Supreme Court, Appellate Division, Second Department. February 21, 1913.) Action by Minnie Succow, as administratrix, etc., against Louis Timmerman. No opinion.

Judgment and order unanimously affirmed, with costs.

---

SUESS, Respondent, v. VILLAGE OF DEPEW, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 26, 1913.) Action by Chris L. Suess against the Village of Depew. No opinion. Judgment and order affirmed, with costs.

---

In re SULLIVAN. (Supreme Court, Appellate Division, Second Department. March 7, 1913.) In the matter of David A. Sullivan, an attorney. No opinion. Motion granted.

---

SULLIVAN, Respondent, v. GREENHUT-SIEGEL COOPER CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 7, 1913.) Action by Eliza Sullivan, as administratrix, etc., against the Greenhut-Siegel Cooper Company. No opinion. Motion for leave to appeal to the Court of Appeals (from 140 N. Y. Supp. 263) denied.

---

SULLIVAN et al., Appellants, v. MESSERSMITH'S STORES, Respondent. (Supreme Court, Appellate Division, Fourth Department. March 26, 1913.) Action by Frances Sullivan and another against the Messersmith's Stores. No opinion. Judgment affirmed, with costs.

---

In re SUMNER. (Supreme Court, Appellate Division, Second Department. March 7, 1913.) In the matter of the application of Perrin Horton Sumner to sue upon a bond given by John L. Gray as principal and the Royal Indemnity Company as surety.

PER CURIAM. The allegations in the petition with respect to the clerk of the court are made upon information and belief, and the sources of information and the grounds of petitioner's belief are not stated. The opposing affidavits affirm positively that the acts complained of were not the acts of said clerk. Upon these papers we do not think that the petitioner has established his right to sue upon this bond. Motion denied, with $10 costs, without prejudice to a renewal upon further papers.

---

SURBURG v. KALIL'S RESTAURANT CO. (Supreme Court, Appellate Division, First Department. February 28, 1913.) Appeal from Special Term, New York County. Action by John W. Surburg against Kalil's Restaurant Company. From an order continuing an injunction pendente lite, defendant appeals. Reversed, and motion for temporary injunction denied. E. S. Clinch, of New York City, for appellant. L. B. Boudin, of New York City, for respondent.

PER CURIAM. Without passing upon the question as to whether the plaintiff would be entitled to any relief upon the trial of the action, we think the order appealed from should be reversed, with $10 costs and disbursements, and the motion for a temporary injunction denied, with $10 costs.